IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**MATTHEW WILLIAMS**             **PLAINTIFF**

v.             No. 1:20CV194-NBB-JMV

**LEE COUNTY**             **DEFENDANT**

## FINAL JUDGMENT

In accordance with the memorandum opinion entered this day, the motion by the defendant for summary judgment is **GRANTED**, and judgment is **ENTERED** for the defendant in all respects.

**SO ORDERED**, this, the 18th day of February, 2022.

            /s/ Neal Biggers
            NEAL B. BIGGERS
            SENIOR U. S. DISTRICT JUDGE